865 A.2d 825

**Mark A. WENSEL, Appellee,**

**v.**

**Janice A WENSEL, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 1, 2004.

Decided Jan.. 18, 2005.

Robert T. Ullman, Esq., Reading, Edith M. Chew, West Chester, for Janice A. Wensel.

Laurie A. Saltzgiver, Esq., Harrisburg, for Mark A. Wensel.

BEFORE: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of January, 2005, the appeal in the above captioned case is dismissed as improvidently granted.